628

Docketed and dismissed on motion of counsel for appellees. No appearance for appellants. *Mr. Will E. Orgain* for appellees.

No. 220. DODSON ET AL., ATTORNEYS-IN-FACT, ET AL., *v.* YEATS, EXECUTRIX.
September 8, 1939. Dismissed per stipulation pursuant to Rule 35. *Messrs. J. Francis O'Sullivan* and *Maurice J. O'Sullivan* for petitioners. *Mr. Clay C. Rogers* for respondent. Reported below: 345 Mo. —.

No. 12. ROYAL INDEMNITY CO. *v.* WOODBURY GRANITE CO. ET AL.
October 2, 1939. Dismissed per stipulation of counsel. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for petitioner. *Messrs. Joseph Fairbanks, Edward Stafford* and *Warren R. Austin, Jr.,* for Woodbury Granite Co., and *Mr. Louis M. Denit* for American Blower Corp., respondents.

No. 89. GETZ ET AL. *v.* EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT.
October 2, 1939. Dismissed on motion of counsel for the petitioners. *Mr. Vernon B. Hill* for petitioners. *Mr. W. L. Matthews* for respondent.

No. 101. HAMILTON GAS CO. ET AL. *v.* INLAND GAS CORP., DEBTOR, ET AL.;
Nos. 102 and 104. PINEY OIL & GAS CO. *v.* SAME; and No. 103. HAMILTON GAS CO. *v.* SAME.

 October 2, 1939. Dismissed on motion of counsel for the petitioners. *Mr. James M. Guiher* for petitioners. *Messrs. LeWright Browning* and *George W. Jaques* for respondents. Reported below: 102 F. 2d 131.

No. 407. TRAGLIO ET AL. *v.* HARRIS. 

 October 16, 1939. Dismissed on motion of counsel for the petitioners. *Messrs. Robert F. Maguire* and *Louis M. Denit* for petitioners. *Mr. W. A. Ekwall* for respondent. 

No. 256. BOROUGH OF FORT LEE ET AL. *v.* UNITED STATES EX REL. BARKER ET AL. 

 November 6, 1939. Dismissed per stipulation of counsel. *Messrs. E. J. Dimock* and *William A. Stevens* for petitioners. *Mr. Arthur T. Vanderbilt* for respondents. 

No. 310. BERRY, ADMINISTRATRIX, *v.* MIDTOWN SERVICE CORP. ET AL. December 13, 1939. Dismissed per stipulation of counsel. *Messrs. Harold R. Medina* and *Frank L. Tyson* for petitioner. *Messrs. Samuel H. Kaufman* and *Emil Weitzner* for respondents. 

No. 196. BHAGAT SINGH *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION.